# Court of Appeals
# of the State of Georgia

ATLANTA,____April 01, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15I0156.   CITY OF STOCKBRIDGE DOWNTOWN DEVELOPMENT AUTHORITY v. CITY OF STOCKBRIDGE.**

Applicant City of Stockbridge Downtown Development Authority has filed a motion to withdraw this application for interlocutory appeal.  The motion is hereby GRANTED, and this application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____04/01/2015____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*